# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FREDDIE HENDERSON,**

    Plaintiff,

vs.                              CASE NO. 4:06CV511-MP/AK

**SGT. PHILMAN, et al,**

    Defendants.

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion for Case Status, wherein he asks if the motion for summary judgment has been ruled upon and requests that he be informed when it is decided. (Doc. 59). The motion for summary judgment has not been ruled upon, but when it is decided Plaintiff will be mailed a copy of any and all Court orders and reports at the time they are rendered. Insofar as Plaintiff's motion seeks relief which is already afforded to him, the motion (doc. 59) is **DEEMED MOOT.**

**DONE AND ORDERED** this 4th day of April, 2008.

        _s/ A Kornblum_
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**