IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDDIE A HENDERSON,

    Plaintiff,

v.                                    CASE NO. 4:06-cv-00511-MP-AK

SGT. PHILMAN, et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 71, Report and Recommendation of the Magistrate Judge, which recommends that Defendants' Motion for Summary Judgment, Doc. 55, be granted and that this cause be dismissed for failure to state a claim. The Magistrate issued the Report on November 13, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. However, neither party has filed an objection. Upon consideration, the Court agrees with the Magistrate that this cause should be dismissed for the reasons stated in the Report. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 71, is ADOPTED and incorporated herein.

2. Defendants' Motion for Summary Judgment, Doc. 55, is GRANTED, and Plaintiff's Second Amended Complaint, Doc. 34, is DISMISSED. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**DONE AND ORDERED** this  _17th_ day of December, 2008

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge